Arthur WIGGINS, Petitioner–Appellant,

v.

Ronald HUTCHINSON, Warden; Attorney General for the State of Maryland, Respondents–Appellees.

No. 99–7682.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided March 19, 2001.

Arthur Wiggins, pro se. John Joseph Curran, Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Arthur Wiggins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Wiggins' motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Wiggins v. Hutchinson,* No. CA–99–716–AW (D.Md. Nov. 29, 1999). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*